```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 06734
    EDWARD H HANLON
    LISA K HANLON                           CHAPTER 13

                                            JUDGE: BRUCE W BLACK

           Debtor
    SSN XXX-XX-8653      SSN XXX-XX-4024
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/21/08 and confirmed on 05/28/08.

   2.  The case was converted to Chapter 7 after confirmation, 02/13/2009.

   3.  The Debtor paid a total of $   7080.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| SELECT PORTFOLIO SERVICI | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAN HONDA FINANCE C | SECURED VEHIC | 3685.08 | 147.21 | 932.97 |
| GMAC PAYMENT CENTER | SECURED VEHIC | 6203.73 | 213.01 | 2937.52 |
| IC SYSTEM | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| CABELAS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| THD CBSD | UNSECURED | NOT FILED | .00 | .00 |
| CHASE BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| CITIBANK | UNSECURED | NOT FILED | .00 | .00 |
| DISCOVER BANK | UNSECURED | NOT FILED | .00 | .00 |
| DIVERSIFIED SVC GROUP | UNSECURED | NOT FILED | .00 | .00 |
| MCYDSNB | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORP | UNSECURED | NOT FILED | .00 | .00 |
| GEMB | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| PORTFOLIO RECOVERY ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HOME DEPOT CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| US DEPT OF EDUCATION | UNSECURED | NOT FILED | .00 | .00 |

```
US DEPT OF EDUCATION       UNSECURED       NOT FILED              .00           .00
WALMART                    UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED              .00           .00
WELLS FARGO FINANCIAL      UNSECURED       NOT FILED              .00           .00
WORLD FAMOUS BANK          UNSECURED       NOT FILED              .00           .00
SELECT PORTFOLIO SERVICI   MORTGAGE ARRE      135.35              .00           .00
        Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER        TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  10024.16          .00          .00         .00     10024.16
PRINCIPAL PAID       3870.49          .00          .00         .00      3870.49
INTEREST PAID         360.22          .00          .00         .00       360.22
TOTAL PAID           4230.71          .00          .00         .00      4230.71
```

The Debtor's attorney, THOMAS M BRITT                , was allowed $   3500.00
and was paid $   1000.00  direct and $    2451.92  through the plan.

The Trustee received $    397.37 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/11/09                     /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
      CASE NO. 08 B 06734 EDWARD H HANLON & LISA K HANLON